**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**KENNETH D. HULEN**                                                          **PLAINTIFF**

**v.**                              **Civil No. 08-5004**

**RANDALL DENZER,** *Detention Major, Washington County Detention Center*; **NURSE SUSAN JOHNSON; NURSE BRADLEY**                              **DEFENDANTS**

### O R D E R

Now on this 24th day of April, 2009, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #21, filed April 2, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **defendants' Motion to Dismiss is granted and this case is hereby dismissed.**

**IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren**
                                             **HON. JIMM LARRY HENDREN**
                                             **UNITED STATES DISTRICT JUDGE**